**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESANIEL MARRERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P.B.R. MANAGEMENT, INC.;<br>JON ROOFEIIM,<br><br>　　　　　Defendants. | Case No. CV 20-7112-DMG (AGRx)<br><br>**JUDGMENT** |

1    This Court having granted Plaintiff Jesaniel Marrero's Motion for Default
2 Judgment by Order dated January 7, 2021,
3    IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in
4 favor of Plaintiff and against Defendant P.B.R. Management in the amount of $1,995
5 ($1,500 in statutory damages, $400 in filing fees, and $95 in service fees).

7 DATED: January 7, 2021

                                    _____
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE